SALVATORE FIERRO, Respondent, v. FRANK FIERRO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ESTHER FINOCCHIARO, as Administratrix, etc., of CONCETTA FINOCCHIARO, Deceased, Appellant, v. FRANCES MOLINO, Respondent.— Order granting defendant's motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to plaintiff to plead over within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

MARY FROHMYER, Respondent, v. ST. MICHAEL'S PROTESTANT EPISCOPAL CHURCH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

GEORGE HOGG and DANIEL WANSER, Appellants, v. SUNSET TRANSPORTATION Co., INC., Respondent.— Order and judgment reversed upon the law and the facts, with ten dollars costs and disbursements, motion to dismiss complaint for failure to prosecute denied, without costs, judgment vacated and case restored to calendar, upon condition that plaintiffs proceed to trial at the earliest term possible after the entry of the order herein; in default of which the order and judgment are unanimously affirmed, with ten dollars costs and disbursements. The delay in proceeding with the trial was accounted for to a degree sufficient to require that the motion be denied and plaintiffs afforded an opportunity to proceed with the trial. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

EDWARD HOHMAN, Respondent, v. GENERAL FLORIST SUPPLY Co., INC., Appellant.— Order of the County Court of Westchester county affirming judgment of the City Court of New Rochelle unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

COLAGERO IMMORDINO, by MICHAEL IMMORDINO, His Guardian ad Litem, and MICHAEL IMMORDINO, Appellants, v. DAVID DAVIS and LOUIS WEINER, Respondents.— Order denying motion to consolidate actions reversed upon the law, and the motion granted, without costs. By virtue of the provisions of sections 96 and 97 of the Civil Practice Act, the actions may properly be consolidated, since such consolidation can be had without prejudice to the substantial right of any one. The appeal from the order denying reargument is dismissed, without costs. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Incorporation of the VILLAGE OF BELLE TERRE, TOWN OF BROOKHAVEN, NEW YORK. ISABEL A. McALLISTER, Appellant; ELIZABETH S. PECK and Others, Respondents.— Order of the County Court of Suffolk county dismissing appeal and adjudging election for incorporation of village as valid and regular unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.